BEFORE THE THIRD DIVISION, MAY 20, 1959

No. 63088.—Citrus & Allied Essential Oils Co. *v.* United States, protest 198553–K (Baltimore).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise consists of lime juice the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiff was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra*.